UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPHINE GUION,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>BONNER HOMELESS TRANSITIONS, Bonner Homeless Transitions; et al.,<br><br>   Defendants - Appellees. | No. 20-35378<br><br>D.C. No. 2:18-cv-00186-DCN<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

The judgment of this Court, entered November 17, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7